THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> SHANNON & WILSON, INC., *et al.*, <br><br> Defendants. | CASE NO. C17-1208-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs and Defendant Hitachi Zosen U.S.A., Ltd.'s ("Hitachi Zosen") stipulated motion to extend time to file a responsive pleading (Dkt. No. 8). Finding good cause, the Court GRANTS the parties' motion. Hitachi Zosen must respond to Plaintiffs' complaint by November 30, 2017.

DATED this 18th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
