THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SHANNON & WILSON, INC., *et al.*,<br><br>Defendants. | CASE NO. C17-1208-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs and Defendant Shannon & Wilson, Inc.'s, ("Shannon & Wilson") stipulated motion to extend time to file a responsive pleading (Dkt. No. 12). Finding good cause, the Court GRANTS the parties' motion. Shannon & Wilson must respond to Plaintiffs' complaint by November 30, 2017.

DATED this 20th day of October 2017.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk