THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> SHANNON & WILSON, INC., *et al.*, <br><br> Defendant. | CASE NO. C17-1208-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs and Defendant Seattle Tunnel Partners' (STP) stipulation to extend the deadline for STP to file its responsive pleading (Dkt. No. 15). Finding good cause, the Court GRANTS the parties' stipulation. STP shall FILE its responsive pleading no later than November 30, 2017.

DATED this 2nd day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
