THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, *et al.*, | CASE NO. C17-1208-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SHANNON & WILSON, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Plaintiffs and Defendant Hatachi Zosen U.S.A., Ltd.'s ("Hitachi") stipulated motion to dismiss (Dkt. No. 17). Pursuant to the parties' stipulation (Dkt. No. 17) the Court DISMISSES Hitachi without prejudice and without fees or costs to either Party.

DATED this 8th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk