THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SHANNON & WILSON, INC., *et al.*,<br><br>Defendants. | CASE NO. C17-1208-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the deadline for exchanging initial disclosures (Dkt. No. 21). Finding good cause, the Court GRANTS the parties' stipulation. The parties shall exchange initial disclosures no later than December 22, 2017.

DATED this 15th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-1208-JCC
PAGE - 1