THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SHANNON & WILSON, INC., *et al.*,<br><br>Defendants. | CASE NO. C17-1208-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendants to respond to Plaintiffs' complaint (Dkt. No. 23). Finding good cause, the Court GRANTS the parties' stipulation. Defendants shall respond to Plaintiffs' complaint no later than December 28, 2017.

DATED this 1st day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk