THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SHANNON & WILSON, INC., *et al.*,<br><br>Defendants. | CASE NO. C17-1208-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court after it received telephonic notice from Plaintiffs' counsel that this case has settled. Plaintiffs are ORDERED to file a notice of settlement and voluntary dismissal within 30 days from the issuance of this order. The Clerk is DIRECTED to STRIKE all case management dates and close this case for statistical purposes.

DATED this 18th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1208-JCC
PAGE - 1