THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE CHARTER OAK FIRE INSURANCE
COMPANY, *et al.*,

                    Plaintiffs,

        v.

SHANNON & WILSON, *et al.*,

                    Defendants.

CASE NO. C17-1208-JCC

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable John C.
Coughenour, United States District Judge:

        The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 26).
Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and all
of the claims in this action are DISMISSED with prejudice and without an award of fees or costs
to any party. The Clerk is directed to CLOSE this case.

        DATED this 21st day of December 2017

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk